# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NANCY MELISSA WHITTED                                                                    PLAINTIFF

V.                              NO. 4:11CV00457 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                   DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 25th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE